# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ANTONIO L. MORRIS, #256466,

      Petitioner,

v.                                                   ACTION NO. 2:05cv265

GENE M. JOHNSON, Director of the
Virginia Department of Corrections,

      Respondent.

## ORDER AMENDING OPINION AND ORDER

The Opinion and Order entered August 1, 2005, denying and dismissing Morris's petition for writ of habeas corpus, failed to advise Morris of his right to appeal. Morris may appeal from the judgment entered pursuant to the August 1, 2005, Opinion and Order by filing a **written** notice of appeal with the Clerk of this Court, United States Granby Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within 30 days from the date of entry of such judgment.

The Clerk shall mail a copy of this Order Amending Opinion and Order to Antonio L. Morris and to Eugene P. Murphy, Esq., Assistant Attorney General of Virginia.

                                               /s/
                                      Tommy E. Miller
                                  United States Magistrate Judge

Norfolk, Virginia

August 4, 2005